IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JENELL HARTMAN,

    Plaintiff,

v.	CV 09-1166 LH/WDS

BIG LOTS STORES, INC.,

    Defendant.

## ORDER

THIS MATTER having come before the Court on the parties' Joint Motion for Mutual Extensions of Time to Disclose Expert Witness Reports and the court being advised in the premises, finds the joint motion well-taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the current deadline in which to submit expert reports is hereby extended thirty (30) days for all parties.

_____
W. DANIEL SCHEIDER
UNITED STATES MAGISTRATE JUDGE